# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 11, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145594(23)

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

                                        SC: 145594

v                                      COA: 307728
                                        Wayne CC: 1995-003838-FH

WILLIAM CRAIG GARRETT,
         Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its brief is GRANTED. The brief submitted on October 10, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 11, 2013



Clerk